IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER EDWARD MILLER,

    Plaintiff,

v.

CIVIL ACTION
NO. 19-5309

RYAN BURGETT, et al.

    Defendants.

## ORDER

AND NOW, this 8th day of June, 2021, after a review of the defendants' Motion to Dismiss, and review of the video footage plaintiff attached to his complaint, it is hereby **ORDERED** that defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's Eighth Amendment claim is dismissed, and his five other counts survive the Motion to Dismiss.

BY THE COURT:

*Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.